December 15, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

PINNACLE HEALTH FACILITIES XV, LP D/B/A WOODRIDGE NURSING AND REHABILITATION, Appellant

NO. 14-15-00924-CV                          V.

JORGE ROBLES AND WERNER ROBLES, INDIVIDUALLY AND AS HEIRS OF ZOILA ROBLES, Appellees

_____

This cause, an appeal from the order in favor of appellees, Jorge Robles and Werner Robles, Individually and as Heirs of Zoila Robles, signed October 5, 2015, was heard on the transcript of the record. We have inspected the record and find error in the trial court's order. We therefore **REVERSE** the order of the court below and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Jorge Robles and Werner Robles, Individually and as Heirs of Zoila Robles.

We further order this decision certified below for observance.